The People of the State of New York ex rel. Emil Brown, Appellant, v. S. Heilmann & Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Ernst Bunge, Appellant, v. Sigmund H. Rosenblatt and Others, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Alexander F. Slaughter, Respondent, v. Bernard Turkel and Moritz Felstiner, Copartners, etc., Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion.

The State Bank, Respondent, v. Jacob Cohen and Others, Impleaded with The American Woolen Company of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Christian F. Dilg, Respondent, v. Gustavus Emil Strauss, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Austin B. Fletcher and Lewis H. Schultz, as Trustee under the Last Will and Testament of Jackson S. Schultz, Deceased, Plaintiffs, v. Four Hundred Sixteen West Thirty-third Street Realty Company and Others, Defendants, Impleaded with H. G. Vogel Company and Others, Respondents. Max S. Grifenhagen, Appellant; Joseph L. Delafield, Referee, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Last Will and Testament of Charles T. Yerkes, Deceased. Louis S. Owsley, Ancillary Executor, etc., of Charles T. Yerkes, Deceased, Appellant; Charles Sims and Others, as Executors, etc., of Mary Adelaide Yerkes, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John L. Feeny, Respondent, v. Charles E. Hill, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles S. Baker, Respondent, v. William B. Fisher, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application of John J. McDonald, Appellant, to Compel Thomas C. McDonald, an Attorney at Law of the State of New York, Respondent, to Turn over Moneys Unlawfully Retained by Him.— Order affirmed, with ten dollars costs and disbursements. No opinion.